Donna Kau
___

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Saturday, April 10, 2021 9:35 AM |
| To: | Donna Kau |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Timothy Ryan Ramos, Case Number: 21-00778, HWV, Ref: [p-162991632] |
| Attachments: | B_P5210077830910040.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

April 11, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Timothy Ryan Ramos, Case Number 21-00778, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

---

Undeliverable Address:
The Bank of Missouri
216 West 2nd Street
Dixon, MO 65459

Role type/cr id: 5402119
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 309, PERRYVILLE MO 63775-0309
FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*P.O. Box 309 Perryville, MO 63775-0309*

1

_____

_____ [signature] _____         _____ 4-13-21 _____
Signature of Debtor or Debtor's Attorney         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**