## United States Bankruptcy Court
### Middle District of Pennsylvania

In re: **Timothy Ryan Ramos, Alyssa Nicole Garcia**, Debtor(s)

Case No. **5:21-bk-00778**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **April 14, 2021**, a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to the creditor listed below.

The Bank of Missouri
P.O. Box 309
Perryville, MO 63775-0309

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax: 570-842-8979