## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alyssa Nicole Garcia<br>Timothy Ryan Ramos<br>Debtor(s) | BK NO. 21-00778 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
13 Apr 2021, 14:31:19, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322