# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **  
Timothy B. Fisher, II, Esquire*  

* Member of PA & Federal Bars  
** Member of NY Bar  
° Member of NJ Bar  

John D. Michelin, Esquire*  
Joseph F. Kulesa, Jr., Esquire* °  
Michelle F. Farley, Esquire*  
Michael A. Ventrella, Esquire*

April 21, 2021

To the Clerk of the U.S. Bankruptcy Court

**RE:** *Timothy Ryan Ramos*
*Alyssa Nicole Garcia*
*Case No. 5:21-bk-00778*

Dear Sir or Madam:

Please note the following change of address for the creditor, St. Luke's Physicians Group:

Prior Address:     Box #4096, PO Box 8500
                             Philadelphia, PA 19178-001

New Address:     100 Saint Luke's Lane
                             Stroudsburg, PA 18360

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _Timothy B. Fisher, II_
      Timothy B. Fisher, II

TBFII/mck

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☒ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1032 PA Route 390 #101, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax