# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Timothy Ryan Ramos / Alyssa Nicole Garcia**  
Debtor(s)

Case No. **5:21-bk-00778**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 21, 2021**, a copy of **Notice of Chapter 13 Bankruptcy Case Filing** was served electronically or by regular United States mail to the creditor listed below.

St. Luke's Physicians Group  
100 Saint Luke's Lane  
Stroudsburg, PA 18360

/s/ Timothy B. Fisher II  
Timothy B. Fisher II 85800  
Timothy B. Fisher II  
Fisher & Fisher Law Offices  
P. O. Box 396  
Gouldsboro, PA 18424  
570-842-2753 Fax:570-842-8979