# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

\* Member of PA & Federal Bars
\*\* Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

May 5, 2021

To the Clerk of the U.S. Bankruptcy Court

**RE: *Timothy Ryan Ramos***
***Alyssa Nicole Garcia***
***Case No. 5:21-bk-00778***

Dear Sir or Madam:

Please note the following change of address for the creditor, Valor Federal Credit Union:

Prior Address:   Bldg 11 FCU
                 Tobyhanna, PA 18466

New Address:     315 Franklin Ave
                 Scranton, PA 18503

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
    Timothy B. Fisher, II

TBFII/mck

Please Reply To:

☐ Mount Pocono
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☒ Gouldsboro
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ Cresco
1032 PA Route 390 #101, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ Stroudsburg
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

Case 5:21-bk-00778-HWV   Doc 22   Filed 05/05/21   Entered 05/05/21 12:31:44   Desc
Main Document   Page 1 of 1