# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Timothy Ryan Ramos / Alyssa Nicole Garcia**, Debtor(s)

Case No. **5:21-bk-00778**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2021**, a copy of **Notice of Chapter 13 Bankruptcy Case Filing** was served electronically or by regular United States mail to the creditor listed below.

**Valor Federal Credit Union**
315 Franklin Ave
Scranton, PA 18503

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax: 570-842-8979