United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy Ryan Ramos  
Alyssa Nicole Garcia  
    Debtors

Case No. 21-00778-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jun 09, 2021      Form ID: pdf010      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Ryan Ramos, Alyssa Nicole Garcia, 503 Martingale Drive, Stroudsburg, PA 18360-8315 |
| 5402075 | + | ARS, 1643 NW 136th Ave, Building H Suite 100, Sunrise, FL 33323-2857 |
| 5402805 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5402073 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5409240 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5402074 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 5402077 | | Baird Respiratory Therapy, 2959 PA-611 Unit 104, Tannersville, PA 18372 |
| 5409728 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 5402078 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91411 |
| 5402079 | + | Capital One, P.O. Box 60, Saint Cloud, MN 56302-0060 |
| 5402089 | + | Eastern Revenue Inc, 601 Dresher Road, Suite 301, Horsham, PA 19044-2238 |
| 5402090 | + | Emerg Care Serv of PA, P.C., 1201 Langhorne Newtown Rd, Langhorne, PA 19047-1201 |
| 5402091 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5402092 | | Indigo Mastercard Celtic, PO Box 23039, Columbus, GA 31902-3039 |
| 5409949 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5402095 | + | Lehigh Valley Health Network, 206 East Brown St, East Stroudsburg, PA 18301-3006 |
| 5402096 | + | Lehigh Valley Physician Group, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5402098 | + | McClure Law Office, P.O Box 65, Middletown, PA 17057-0065 |
| 5402102 | + | Nissan-Infinity LT, P.O. Box 660366, Dallas, TX 75266-0366 |
| 5402103 | + | Patenaude & Felix, 9619 Chesapeake Dr., Ste 300, San Diego, CA 92123-1392 |
| 5402105 | + | Peerless Credit Services, PO Box 518, Middletown, PA 17057-0518 |
| 5402108 | + | Pocono Medical Center, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5402111 | + | Progressive Insurance Corp, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 5406513 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5402113 | + | St. Luke's Monroe Hospital, 100 St. Luke's Lane, Stroudsburg, PA 18360-6217 |
| 5402114 | + | St. Luke's Physicians Group, 100 Saint Luke's Lane, Stroudsburg, PA 18360-6217 |
| 5402118 | + | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 5402120 | + | Tri-State Adjustments Inc, PO Box 3219, La Crosse, WI 54602-3219 |
| 5402121 | + | USAA Savings Bank, P.O. Box 33009, San Antonio, TX 78265-3009 |
| 5402122 | + | Valor Federal Credit Union, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5402124 | + | Weltman Weinberg & Reis Co., L.P.A., 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 09 2021 19:14:59 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2021 19:14:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402076 | + | Email/Text: g20956@att.com | | |

Case 5:21-bk-00778-HWV    Doc 27    Filed 06/11/21    Entered 06/12/21 00:33:36    Desc  
Imaged Certificate of Notice      Page 1 of 5

| Recip ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jun 09 2021 19:08:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5402072 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 19:08:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5402081 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2021 19:15:18 | CBNA/Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5404595 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 09 2021 19:14:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5402080 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 09 2021 19:14:58 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| 5402082 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2021 19:15:16 | Citibank, 701 East 60th St. North, Sioux Falls, SD 57104-0493 |
| 5402083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 09 2021 19:08:00 | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 5402084 | + | Email/Text: EDI@CACIONLINE.NET | Jun 09 2021 19:08:00 | Consumer ADJ CO, 12855 Tesson Ferry Road, Suite 200, Saint Louis, MO 63128-2911 |
| 5402085 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 09 2021 19:08:00 | Convergent Outsourcing, 800 SW 39th St, P.O. Box 9004, Renton, WA 98057-9004 |
| 5402086 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2021 19:15:00 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5402088 | | Email/Text: mrdiscen@discover.com | Jun 09 2021 19:08:00 | Discover Fincl SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5402087 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2021 19:08:00 | Dept of ED/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 5414377 | | Email/Text: G06041@att.com | Jun 09 2021 19:08:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5403463 | | Email/Text: mrdiscen@discover.com | Jun 09 2021 19:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5402093 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 09 2021 19:14:58 | JPMCB - Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5402094 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2021 19:08:00 | Kohls/Capone, P.O.Box 3115, Milwaukee, WI 53201-3115 |
| 5402097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 19:15:43 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 5403949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 19:15:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5405688 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2021 19:15:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5402101 | + | Email/Text: bankruptcy@wofco.com | Jun 09 2021 19:08:00 | MITSUBISHI MOTORS CREDIT, PO BOX 91614, Mobile, AL 36691-1614 |
| 5402100 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2021 19:15:00 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5409716 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2021 19:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5402106 | | Email/Text: bkrgeneric@penfed.org | Jun 09 2021 19:08:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 5402107 | | Email/Text: info@phoenixfinancialsvcs.com | Jun 09 2021 19:08:00 | Phoenix Financial Services, 8902 Otis Ave. Se 103A, Indianapolis, IN 46216-1077 |
| 5402109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 19:14:59 | Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5402110 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 19:15:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 5414307 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2021 19:15:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5402104 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:12 | PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 5412259 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2021 19:08:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5402112 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2021 19:08:00 | Quicken Loans, Inc, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5402115 | | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:12 | SYNCB/Lowes, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5402116 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:12 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 5402117 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:12 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 5402318 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 10:32:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402119 | | Email/Text: jcissell@bankofmissouri.com | Jun 09 2021 19:08:00 | The Bank of Missouri, P.O. Box 309, Perryville, MO 63775-0309 |
| 5402758 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 09 2021 19:08:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |
| 5414118 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 09 2021 19:15:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5402123 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 09 2021 19:08:00 | Verizon Wireless/Southeast, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5402099 | *+ | McClure Law Office, P.O. Box 65, Middletown, PA 17057-0065 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Alyssa Nicole Garcia donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Timothy Ryan Ramos donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Timothy Ryan Ramos** | : | |
| **Alyssa Nicole Garcia** | : | |
| Debtors | : | CASE NO. 5:21-bk-00778 HWV |
| | : | |

**ORDER GRANTING VOLUNTARY DISMISSAL**

AND NOW on the motion of Debtors, **Timothy Ryan Ramos and Alyssa Nicole Garcia,** for an Order granting their request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is hereby ORDERED that the Chapter 13 case is hereby dismissed.

Dated: June 9, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)